```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

SUSAN DAVIS                                    CIVIL ACTION

VERSUS                                         NO: 10-364

THE PARISH OF ST. TAMMANY,                     SECTION: J(3)
ET. AL.

**ORDER**

Before the Court are Plaintiff's **Motion to Alter or Amend Judgment (Rec. Doc. 49)** and Defendants Rodney J. Strain, Jr., in his capacity as Sheriff of St. Tammany Parish, and Major Elizabeth Taylor's **Memorandum in Opposition (Rec. Doc. 52)**.

A Federal Rule of Civil Procedure 59(e) Motion to Alter or Amend Judgment "calls into question the correctness of a judgment." In re Transtexas Gas Corp., 303 F.3d 571, 581 (5th Cir. 2002).  The Fifth Circuit Court of Appeals has held that such a motion is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised before the entry of judgment.  Templet v. HydroChem, Inc., 367 F.3d 473, 478-79 (5th Cir. 2004).  Rather, Rule 59(e) "serve[s] the narrow purpose of allowing a party to correct manifest errors of law or fact or to present newly discovered evidence."  Id. at 479 (quoting Waltman v. Int'l Paper Co., 875 F.2d 468, 473 (5th Cir. 1989) (internal quotations omitted)). Reconsideration of a judgment after its entry is an extraordinary remedy that should be used sparingly.  Templet, 367 F.3d at 479.

This Court may properly decline to consider new arguments or new evidence on reconsideration where those arguments were available to the movant prior to the Order and Judgment.  Id. at 478-79.

Plaintiff has not argued any new facts or law, nor has she indicated any manifest error of law or manifest injustice. Plaintiff simply reiterates her previous arguments and evidence and asks the Court to reconsider its previous Order and Judgment (Rec. Docs. 47 and 48).  Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Alter or Amend Judgment (Rec. Doc. 49)** is **DENIED**.

New Orleans, Louisiana this 14th day of December, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE